OFFICE OF DISCIPLINARY COUNSEL *v.* FURTADO.

[Cite as *Disciplinary Counsel v. Furtado* (1994), 71 Ohio St.3d 20.]

(No. 94–536—Submitted September 21, 1994—Decided November 23, 1994.)

*Geoffrey Stern,* Disciplinary Counsel, and *Sally Ann Steuk,* Assistant Disciplinary Counsel, for relator.

, *Lewis E. Williams,* for respondent.

*Per Curiam.* We concur in the findings and recommendations of the board. Respondent is hereby suspended from the practice of law in Ohio for two years with credit given for time served. As a condition to reinstatement, respondent must complete her federal probation. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., would also condition respondent's reinstatement upon her full payment of restitution.